IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**SEALED,**<br>Defendant. | CASE. NO. 24-18 (FAB) |

## MOTION TO SEAL

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and respectfully states and prays as follows:

The present motion requests that this Court seal the accompanying Indictment because the defendant has not been arrested. The United States further requests that the Indictment remain under seal until the defendant is arrested.

For the reasons stated above, the United States asks that this Court issue an order directing that this case remain under seal until the defendant is arrested.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 24th day of January, 2024.

W. STEPHEN MULDROW
United States Attorney

*S/Daynelle Alvarez-Lora*
Daynelle Alvarez-Lora
Assistant US Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R. 00918